# First District Court of Appeal
## State of Florida

_____

No. 1D18-4022
_____

CHARLES E. PALMER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

July 11, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Charles E. Palmer, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.